**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Miracle Leaf, Corp. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Miracle Leaf |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2451748 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2607 N. Miami Ave<br>Miami, FL 33127 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | 2607 N. Miami Ave. Miami, FL 33127 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://mymiracleleaf.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Miracle Leaf, Corp.
      Name

Case number (*if known*)

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4599

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor    Miracle Leaf, Corp.                                     Case number (*if known*) _____
_____
       Name

**11. Why is the case filed in** *this district?*    *Check all that apply:*

☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    Debtor is being evicted from premises._____

**Where is the property?**    2607 N. Miami Ave.
Miami, FL, 33127
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☒ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Miracle Leaf, Corp.                                    Case number (if known)
          Name

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 2, 2024
               MM / DD / YYYY

X _____          Benjamin Padilla
Signature of authorized representative of debtor    Printed name

Title    President

---

**18. Signature of attorney**

X /s/ Carlos E. Sardi                          Date    December 2, 2024
Signature of attorney for debtor                       MM / DD / YYYY

Carlos E. Sardi 781401
Printed name

Sardi Law, PLLC
Firm name

11410 N. Kendall Dr., Suite 208
Miami, FL 33176
Number, Street, City, State & ZIP Code

Contact phone    (305) 697-8690    Email address    carlos@sardilaw.com

781401 FL
Bar number and State

---

Debtor    Miracle Leaf, Corp.                                          Case number (if known) _____
          Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 2, 2024
               MM / DD / YYYY

X _____          Benjamin Padilla
  Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X /s/ Carlos E. Sardi                        Date    December 2, 2024
  Signature of attorney for debtor                   MM / DD / YYYY

Carlos E. Sardi 781401
Printed name

Sardi Law, PLLC
Firm name

11410 N. Kendall Dr., Suite 208
Miami, FL 33176
Number, Street, City, State & ZIP Code

Contact phone    (305) 697-8690      Email address    carlos@sardilaw.com

781401 FL
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

CONSENT OF SOLE SHAREHOLDER
OF
MIRACLE LEAF CORP.
AUTHORIZING FILING OF A CHAPTER V BANKRUPTCY PETITION

I, Benjamin Padilla, owning 61% of the authorized, issued and outstanding shares of Miracle Leaf Health Centers, Corp., a Florida corporation (the "Parent Corporation") with the Parent Corporation owning 100% of the authorized, issued and outstanding shares of Miracle Leaf Corp., a Florida corporation (*the "Corporation"), do hereby certify that, pursuant to Section 607.0704 of the Florida Statutes, I have adopted the following resolutions authorizing the Corporation to file a voluntary bankruptcy petition under Chapter V of the U.S. Bankruptcy Code.

WHEREAS, it is in the best interests of the Corporation, its creditors, and other interested parties for the Corporation to file a voluntary petition for relief under Chapter V of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition by the Corporation is authorized;

FURTHER RESOLVED that Benjamin Padilla, as President of the Company is authorized to execute all documents necessary for the Corporation to file a voluntary petition under Chapter V of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Benjamin Padilla, as President of the Corporation, is authorized to employ Carlos E. Sardi, Esq. of Sardi Law PLLC to represent the Corporation during the bankruptcy case;

FURTHER RESOLVED that Benjamin Padilla, as President of the Corporation, is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Benjamin Padilla, as President of the Corporation is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED tha0t all acts lawfully done by Benjamin Padilla, as President of the Corporation to effectuate the intent of these resolutions are hereby ratified and approved.

Date: December 2, 2024

(Shareholder)

Miracle Leaf Corp.
By:   Miracle   Leaf   Health   Centers,   Corp.

By _____

BENJAMIN PADILLA, MAJORITY
SHAREHOLDER